[No. 8273.  *En Banc.*  August 6, 1910.]

GEORGE McDONNELL, *Appellant*, v. COEUR D'ALENE LUMBER COMPANY, *Respondent.*[1]

Appeal from a judgment of the superior court for Spokane county, Huneke, J., entered May 23, 1907.  Affirmed.

*C. P. Lund, W. T. Stoll,* and *Edwin McBee,* for appellant.
*Wakefield & Witherspoon* and *E. P. Twohy,* for respondent.

#### ON REHEARING.

PER CURIAM.—After a rehearing of this case *en banc,* a majority of the court adhere to the rule and conclusion reached upon the first hearing (56 Wash. 495, 106 Pac. 135), and the judgment is therefore affirmed.